# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DANA BOWMAN, § § Plaintiff, § § v. § § EMLI PECAN TC I, LP; EMLI PECAN GP, LLC; and LIBERTY MULTIFAMILY, LLC, § § § § § Defendants. § | Civil Action No.: 4:23-cv-00501-SDJ-AGD **JURY DEMANDED** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Dana Bowman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby files this Stipulation of Dismissal With Prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 12, 2024.

Respectfully Submitted,

CALHOUN & ASSOCIATES

*/s/ Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100
(214) 308-1947 Fax
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

*ATTORNEY FOR PLAINTIFF*

        LAW OFFICES OF R. DAVID FRITSCHE

        */s/ R. David Fritsche*
        R. David Fritsche
        921 Proton Road
        San Antonio, Texas 78258-4203
        Telephone: (210) 227-2726
        Texas State Bar No. 07481200
        E-Mail address: david@lawordf.com
        E-Service address: service@lawordf.com

        *ATTORNEY FOR DEFENDANTS EMLI Pecan TC I, LP, EMLI Pecan GP, LLC, and Liberty Multifamily, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| R. David Fritsche<br>LAW OFFICES OF R. DAVID FRITSCHE<br>921 Proton Road<br>San Antonio, Texas 78258-4203<br>david@lawordf.com<br>service@lawordf.com | *Counsel for Defendants EMLI Pecan TC I, LP, EMLI Pecan GP, LLC, and Liberty Multifamily, LLC* |

        */s/ Eric G. Calhoun*
        Eric G. Calhoun